UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61612-CIV-ZLOCH

GEORGE MICHAILIUK,

    Plaintiff,

vs.                               **FINAL ORDER OF DISMISSAL**

NELSON, WATSON & ASSOCIATES,
LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 11) filed herein by Plaintiff, George Michailiuk, and Defendant, Nelson, Watson & Associates, LLC. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Stipulation For Dismissal With Prejudice (DE 11) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    13th    day of February, 2009.

                                                 WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:
All Counsel of Record